KAMALA D. HARRIS
Attorney General of California
MARK GEIGER
Senior Assistant Attorney General
STEVE D. MUNI
Acting Supervising Deputy Attorney General
JENNIFER S. GREGORY (#228593)
Deputy Attorney General
Telephone: (916) 263-2516
E-mail: Jennifer.Gregory@doj.ca.gov
Bureau of Medi-Cal Fraud & Elder Abuse
  1425 River Park Drive, Suite 300
  Sacramento, CA 95815-4524
  Facsimile: (916) 274-2929
*Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE UNITED STATES OF AMERICA, THE STATE OF CALIFORNIA** *ex rel.* **MICHAEL DEGREGORIO AND GREGORY WURZ,**<br><br>Plaintiffs,<br><br>v.<br><br>**ACCELERATED MEDICAL DIAGNOSTICS, LLC, RALPH DEVERE WHITE, KENNETH TURTELTAUB, PAUL T. HENDERSON, LAWRENCE LIVERMORE NATIONAL SECURITY, LLC,**<br><br>Defendants. | Case No. 2:12-cv-2931 KJM GGH<br><br>**ORDER REGARDING CALIFORNIA'S DECLINATION OF INTERVENTION** |

The State of California ("California"), having declined to intervene in this action, and pursuant to California's False Claims Act, the Court rules as follows:

The complaint has been unsealed. All other contents of the Court's file in this action shall remain under seal and not be made public or served upon Defendants, except for this Order, and California's Notice of Election to Decline Intervention, the United States' Notice of Election to

Decline Intervention, all of which Relator shall serve upon Defendants only after the unsealing of this matter and the service of the Complaint;

Should the Relator or Defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent and approval of California before ruling or granting its approval;

The parties shall serve all pleadings and motions subsequently filed in this action on California; and,

California may order any deposition transcripts and is entitled to intervene in the action, for good cause shown, at a later date.

**IT IS SO ORDERED.**

Dated: August 5, 2013.

_____
UNITED STATES DISTRICT JUDGE